**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**United States of America,**

**v.**                                                         **Case No. 2:26-cr-53**

                                                              **Judge Michael H. Watson**

**Erik Contreras-Dominguez,**

<u>**ORDER**</u>

There being no objections, and upon review of the Indictment, Plea

Agreement, and Report and Recommendation of the Magistrate Judge ("R&R")

the Court hereby adopts the R&R, ECF No. 24.  The Court accepts Defendant's

plea of guilty to Count 1 of the Indictment, and he is hereby adjudged guilty on

that count.  The Court will defer the decision of whether to accept the plea

agreement until the sentencing hearing.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**